IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiffs, | : | Case No. CR2:11-187 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| MAGDALENA MENDEZ-SILVA, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Magdalena Mendez-Silva's Motion to Continue the Evidentiary Hearing on Defendant's Motion to Suppress, and Trial. Based on the representations of counsel, the Defendant's Motion is **GRANTED**, and the Court has amended the scheduling order to reflect the following:

**Summary:**

| | |
|---|---|
| October 6, 2011, **2:00 p.m.** | Evidentiary hearing on Defendant's Motion to Suppress Statements and Evidence in chambers, 85 Marconi Boulevard, Room 319, Columbus, Ohio. |
| November 1, 2011, **4:00 p.m.** | Final pretrial conference in chambers, |
| November 7, 2011, **9:00 a.m.** | Jury Trial |

This order supersedes all previous orders in this case to the extent previous orders are inconsistent with this order.

**IT IS SO ORDERED.**

   s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: September 20, 2011**